IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IMABONG EDET OKOKON | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-cv-03438 |
| | § | |
| COSTCO WHOLESALE CORPORATION | § | |
| | § | |
| DEFENDANT | § | |

**DEFENDANT'S TRIAL BRIEF AS TO THE ADMISSIBILITY OF NON-RETAINED MEDICAL TREATERS' OPINIONS REGARDING THE REASONABLENESS AND NECESSITY OF MEDICAL EXPENSES OF OTHER TREATERS**

TO THE HONORABLE MAGISTRATE JUDGE CHRISTINA A. BRYAN:

COMES NOW, Costco Wholesale Corporation ("Defendant"), Defendant in the above-styled and numbered cause of action, and files this trial brief as follows:

**I.**

1.     The rule that has emerged from Texas district courts is that a treating physician need not provide a written report under Federal Rule of Civil Procedure 26(a)(2)(B) as long as their testimony is confined to opinions developed during their treatment and care of the patient. *See Hoffman v. United States*, No. 1:22-CV-00787-DAE, 2024 WL 72648, at *6 (W.D. Tex. Jan. 5, 2024) (citing *Kim v. Time Ins.*, 267 F.R.D. 499, 503 (S.D. Tex. 2008)) (internal quotations and alterations omitted).  "Information a physician learned in the natural course of treating a patient is not information derived while preparing for trial and thus need not be disclosed under Rule 26(a)(2)(B)." *Cantu v. Wayne Wilkens Trucking, LLC*, 487 F. Supp. 3d 578, 583 (W.D. Tex. 2020).

#6440212

2.      However, "district courts in this circuit agree that treating physicians *are* required to produce written reports where their opinions are based on information learned outside the course of treatment, that is, information beyond the personal knowledge obtained from examining and treating an individual." *Biggers v. BP Prod. N. Am. Inc.*, No. 4:22-CV-02188, 2024 WL 54983, at *3 (S.D. Tex. Jan. 3, 2024) (internal quotations omitted).

3.      This issue was addressed directly in the slip opinion issued by the Southern District Court in *Valladares v. Wal-Mart Stores Texas, LLC* where the defendant raised several objections to two of the plaintiff's designated non-retained treating physicians.  No. 6:24-CV-00012, 2025 WL 3762164, at *2 (S.D. Tex. Dec. 8, 2025) (slip op.).  The defendant in that case argued that Dr. Choudhri, as a non-retained expert, could not provide testimony regarding the reasonableness of other medical providers' treatment and billing.  *Id.* The Court reviewed the treater's deposition testimony and noted that Dr. Choudhri "explicitly agreed she cannot opine on the reasonableness of billing or medical treatment of other medical providers."  *Id.*  The Court held that it would "hold Dr. Choudhri to that limitation at trial, insofar as the treatment or billing of other medical providers are not related to her treatment of Plaintiff, in accordance with the principle that a non-retained treating physician must confine their testimony to facts disclosed during care and treatment of the patient."  *Id.*

## II.

4.      Based on the foregoing Rules of Civil Procedure and case law, Defendant respectfully requests that Plaintiff's non-retained treating physicians be restricted from offering opinions on the reasonableness of billing or medical treatment of other medical providers or any billing or treatment not related to their treatment of Plaintiff; and to deny

2

#6440212

the presentation to the jury of any medical billing charge which has not been properly supported by testimony as to its reasonableness by a competent expert.

Respectfully submitted,

By: */s/ David W. Medack*
David W. Medack
State Bar No. 13892950
S.D. Tex. Bar No. 15597
Rhiannon K. Jajoo
State Bar No. 24104008
S.D. Tex. Bar No. 3836002
Blue Williams, LLC
14100 Southwest Freeway, Suite 300
Sugar Land, Texas 77478
Telephone: (713) 772-6400
Facsimile: (713) 772-6495
Email: dmedack@bluewilliams.com
Email: rjajoo@bluewilliams.com

ATTORNEYS IN CHARGE FOR DEFENDANT
COSTCO WHOLESALE CORPORATION

3

#6440212

## CERTIFICATE OF SERVICE

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument to which this Certificate is attached has duly been served upon each party by facsimile, U.S. First Class Mail and/or using the ECF System for filing and transmittal of a Notice of Electronic Filing pursuant to the Federal Rules of Civil Procedure on this 28th day of January 2026.

Steven R. Hollingsworth
State Bar No. 24041115
Federal TX Bar No. 414260
Harrison C. Royalty
Federal Bar No. 3339654
Hollingsworth Law Firm, PLLC
1415 North Loop West, Suite 200
Houston, Texas 77008
(713) 637-4560 – Telephone
Email: steveh@hollingsworthlawfirm.com
Email: harrison@hollingsworthlawfirm.com

*Attorneys for Plaintiff Imabong Edet Okokon*

*/s/ David W. Medack*
David W. Medack

4

#6440212